IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Carmen F. Stoicescu, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:24-cv-50018 |
| v. ) | |
| ) | Magistrate Judge Michael F. Iasparro |
| Hamilton Sundstrand Corporation, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

In-person motion hearing held 8/4/2025. Plaintiff appeared in person with a caregiver but left shortly after the hearing began. A CART provider was present in the courtroom during the duration of the hearing.

For the reasons stated on the record, Plaintiff's Motion to Compel Complete Responses to Second Set of Discovery [170] is denied. However, Defendants are ordered to complete their current production of ESI materials to Plaintiff by 9/2/2025, with an initial set of emails produced to Plaintiff by 8/5/2025 and a second set of emails produced to Plaintiff by 8/15/2025. By 8/19/2025, Defendants shall file a status report updating the Court on the status of their ESI production.

Plaintiff's Motion to Vacate and Reset [186] is granted in part and denied in part as follows: the deadline for amended pleadings, new counts or parties, and third-party complaints with appropriate leave of court when necessary is 9/15/2025; the deadline for Rule 26(a)(2)(C) disclosures is 9/15/2025; the deadline for Rule 26(e) supplements is 9/15/2025; the deadline to complete fact discovery is 9/30/2025; and retained expert and dispositive motion deadlines remain reserved.

Defendants' Motion to Compel Plaintiff's In-Person Deposition [195] is granted. Plaintiff's deposition shall take place in person on a date suitable to all parties and at a reasonable location with the accommodations outlined by Defendants in their motion and with the following additional conditions: the deposition will take place over two days with defense counsel limited to questioning Plaintiff for no more than 3.5 hours each day (exclusive of breaks) and for no more than 1.5 hours at a time without a break.

The telephonic status hearing previously set for 8/14/2025 is stricken and no appearances are required on that date. A telephonic status hearing is set for 9/16/2025 at 1:30 p.m. for an update on the status of discovery. Public access is available via the following call-in number: (855) 244-8681, with access code 2310 278 3512 # #. Plaintiff and counsel for all parties are ordered to

appear by using the call-in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions.

Date: August 5, 2025     By: _____
Michael F. Iasparro
United States Magistrate Judge